O'CONNOR, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 28, 1900.) Action by Annie E. O'Connor, as administratrix, etc., of Patrick H. O'Connor, deceased, against the Metropolitan Street-Railway Company.

PER CURIAM. Order reversed, and motion granted, on condition that within five days the defendant pay to the plaintiff the taxable costs of the action, including the extra allowance,

together with $10 costs and disbursements of this appeal, and stipulate to try the case on the third Monday of April, 1900, if plaintiff so desires. In default of such payment and stipulation, the order appealed from is affirmed, with $10 costs and disbursements.